# Court of Appeals
# of the State of Georgia

ATLANTA,   December 02, 2015   

*The Court of Appeals hereby passes the following order:*

**A16D0122.  THOMASINA GOODGAME et al. v. FEDERAL NATIONAL MORTGAGE ASSOCIATION.**

Federal National Mortgage Association ("FNMA") filed a dispossessory action against Thomasina Goodgame in magistrate court. Following an adverse judgment, Goodgame appealed to superior court, which likewise entered judgment for FNMA. On October 20, 2015, the superior court entered a writ of possession in favor of FNMA. On November 4, 2015, Goodgame filed this application for discretionary appeal. We, however, lack jurisdiction.

Appeals from judgments in dispossessory actions must be filed within seven days of the date the judgment was entered. See OCGA § 44-7-56; *Radio Sandy Springs, Inc. v. Allen Road Joint Venture*, 311 Ga. App. 334, 335-336 (715 SE2d 752) (2011).  Goodgame filed this application 15 days after entry of the order she wishes to appeal.  The application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,   12/02/2015   
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_Stephen E. Castlen_____ , *Clerk.*